**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JAILIM MORALES,**                                                           **PLAINTIFF**
**ADC #115976**

**v.**                           **CASE NO. 4:22-cv-00100-BSM**

**DOES**                                                              **DEFENDANTS**

<u>**ORDER**</u>

Jailim Morales has not responded to the February 9, 2022 order directing him to pay the $402 filing fee or file a complete Motion to Proceed *in forma pauperis*, and the time to do so has passed. Doc. No. 2; Local Rule 5.5(c)(2). Accordingly, his complaint is dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 30th day of March, 2022.


_____
UNITED STATES DISTRICT JUDGE