IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAILIM MORALES,**   **PLAINTIFF**
ADC #115976

v.   CASE NO. 4:22-cv-00100-BSM

**DOES**   **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE